UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 07 2011

JAMES R LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAUL L.C. BENNETT,

Defendant.

Case No. 3:04 CR 00022-001

CR-11-6045-LRS

**PETITION FOR WRIT OF CORAM NOBIS;**

**MOTION FOR APPOINTMENT OF COUNSEL;**

**MOTION FOR DISCOVERY; AND**

**MOTION FOR LEAVE TO AMEND PETITION AFTER APPOINTMENT OF COUNSEL.**

NOW COMES the Defendant-Petitioner, PAUL L.C. BENNETT, appearing *pro se* and hereby respectfully petitions the Court to overturn his conviction by issuing a *Writ of Error Coram Nobis* pursuant to the All Writs Act codified in 28 U.S.C. §1651.

Petitioner also requests this Court to appoint him counsel under 18 U.S.C. §3006A(a)(1)(H). Finally, Petitioner moves this Court for both discovery and for leave to file an amended petition once counsel is appointed.

RECEIVED

DEC 07 2011

CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

1

Accompanying this petition are a Memorandum of Law in Support of this Petition for Writ of Coram Nobis and a Financial Affidavit in support of this motion for appointment of counsel.

The Memorandum of Law will show that Petitioner meets all four requirements of issuance of such writ under the jurisprudence of the Ninth Circuit Court of Appeals. Further[1], this document will show that Petitioner was denied a constitutionally fair trial by Judge Samuel Kent, whose mental instability, substance abuse, and criminal sexual misconduct caused harmful prejudice against Petitioner. This conduct resulted in Kent being recused from all federal sexual misconduct cases by the Fifth Circuit, but not before his personal criminal activity caused an unconstitutional bias which stripped Petitioner of his right to a fair trial and impartial judge.

WHEREFORE Petitioner prays that the court grant this writ and overturn his conviction.

Respectfully submitted to the Court on this 5 day of December, 2011.

/s/ _____
Paul L.C. Bennett
*Pro Se* Defendant/Petitioner

---

[1] As to criterion number (4) of such requirements to grant this writ.

CR-11-6045-LRS
CERTIFICATE OF SERVICE
FOR PRO SE DOCUMENTS

I, Paul L.C. Bennett, do hereby certify that I have served a true and correct copy of the following documents:

1. **Petition for Writ of Coram Nobis;**
   **Motion for Appointment of Counsel;**
   **Motion for Discovery; and**
   **Motion for Leave to Amend Petition After Appointment of Counsel.**

2. **Memorandum of Law in Support of Petition for Writ of Coram Nobis**

3. **Financial Affidavit (Form CJA-23)**

upon the Clerk of the Court. All copies are sent to the Clerk in the absence of an assigned Assistant United States Attorney:

> Clerk of the United States District Court
> U.S. Courthouse and Federal Building
> 825 Jadwin Avenue
> Richland, WA 99352

by placing it in a sealed, postage prepaid envelope by United States Postal Mail on the ___5___ day of ___December___, 2011.

_____
Paul L.C. Bennett
Pro Se Defendant, Movant

RECEIVED
DEC 07 2011
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON